DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
LARA C. WALLMAN
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KRISTI POSTHUMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-mj-0047-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| KRISTI POSTHUMA, | ) | Date:  March 22, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, KRISTI POSTHUMA, by and through her counsel, LIVIA R. MORALES, Staff Attorney, that the court trial set for March 22, 2006 at 9:00 a.m. be changed to a change-of-plea hearing.

//

//

//

US v. Kristi Posthuma
Mag No 06-047-DAD
Stipulation & Order

Dated: March 20, 2006

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Defender

                              /s/ Livia R. Morales
                              _____
                              LIVIA R. MORALES
                              Staff Attorney
                              Attorney for Defendant
                              KRISTI POSTHUMA

DATED: March 20, 2006

                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Matthew C. Stegman
                              _____
                              MATTHEW C. STEGMAN
                              Assistant United States Attorney

                          **O R D E R**

IT IS SO ORDERED.

DATED: March 21, 2006.

                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

   Ddad1/orders.criminal/posthuma0047.stipord

US v. Kristi Posthuma
Mag No 06-047-DAD
Stipulation & Order              2